IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0:98-40108 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| vs. | ) | DATE: 2/17/2009 |
| JIMMIE L. BOOTCHEE, | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds      COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

This matter is before the court on the defendant's motion to continue (doc. # 64).

The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

It is hereby ORDERED that this matter is STRICKEN from the 2/20/2009 docket and reset for hearing on the Motion to Revoke on 3/13/2009 at 10:30 a.m. in Benton, IL.

KEENAN G. CASADY, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk